**State of Vermont**
**Superior Court—Environmental Division**

==========================================================================
# E N T R Y   R E G A R D I N G   M O T I O N
==========================================================================

**In re Losier Variance Application**                          **Docket No. 79-4-08 Vtec**
**(Appeal from ZBA decision)**

Title: Motion for Preliminary Injunction (Filing No. 9)

Filed: April 6, 2011

Filed By: William P. Neylon, Attorney for Appellee Town of Maidstone

Response in Opposition filed on 5/9/11 by Oliver L. Twombly, Attorney for Appellants/Applicants John and Paulette Losier

___ Granted                    _X_ Denied                    ___ Other

      For the same reasons as those contained in our Entry Oder issued today denying the Town of Maidstone's ("Town") motion to enforce judgment, we also **DENY** the Town's motion for a preliminary injunction to prevent John and Paulette Losier from using their property at 44 Private West 7 in Maidstone, Vermont. There is no pending matter before the Court in regards to which the issuance of an injunction would be proper.

_____                  August 1, 2011_____
        Thomas S. Durkin, Judge                                          Date

==========================================================================
Date copies sent to: _____                    Clerk's Initials _____

Copies sent to:

   Oliver L. Twombly, Attorney for Appellants/Applicants John and Paulette Losier

   William P. Neylon, Attorney for Appellee Town of Maidstone

   Interested Person Brenda J. Tilton

   Interested Person Norman A. Vashaw